Same case below, 69 M.J. 43.

**No. 09-1357. Bradley Rowland Marshall, Petitioner v. Washington State Bar Association.**

561 U.S. 1008, 130 S. Ct. 3480, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5027.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 167 Wash. 2d 51, 217 P.3d 291.

**No. 09-1388. Vera C. Harper, Petitioner v. United Services Automobile Association (two judgments).**

561 U.S. 1008, 130 S. Ct. 3482, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5045.

June 21, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

**No. 09-1393. Justin Endicott, Petitioner v. Icicle Seafoods, Inc.**

561 U.S. 1008, 130 S. Ct. 3482, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5034.

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 167 Wash. 2d 873, 224 P.3d 761.

**No. 09-1408. Brandon I. Miller, Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3485, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5009.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

**No. 09-1410. Alvin W. Gebhart, Jr., et ux., Petitioners v. Securities and Exchange Commission.**

561 U.S. 1008, 130 S. Ct. 3485, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5162.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 595 F.3d 1034.

**No. 09-6760. Felicia Marie Balentine, Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5176.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 569 F.3d 801.

**No. 09-7117. Phillip Alan Adams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5013,

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-7374. William Moss, Petitioner v. United States.**

561 U.S. 1008, 130 S. Ct. 3452, 177 L. Ed. 2d 1059, 2010 U.S. LEXIS 5083.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.